IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON DEAREN, individually and as representative on behalf of all others similarly situated, including MIRANDA JO TRUITT, SHAGUN SHEENA SACHDEV, CYNTHIA E. MARTINEZ, ELLEN ROSS, ANDREA ROSEN, CARISSA OKIE, STEPHANIE GOMEZ, LILIT AYRAPETYAN, VALERY DY, JARROD CAMPBELL, BRONWYN BALL, LAUREN CAHILL, KESJANA CAKE, KLARISSA CASTRO, CINDY CAO, ERIC BEAUDOIN, SHANNON LA CAVA, BRANDON CHUMAN, ALEXIS SUTTON, LAUREN PIVOVAR, ELIZABETH SCHMIDT, DAMIEN TILLMAN, ERIC SIMPSON, JESSICA RICHARDSON, JESSICA FOWLER, SARAH COHEN, HEATHER KERTESZ and DANIELLE WARNKE,<br><br>Plaintiff,<br><br>v.<br><br>THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY, a corporation; TCS EDUCATION SYSTEM, a corporation; THE CHICAGO SCHOOL - CALIFORNIA, INC., a corporation; THE CHICAGO SCHOOL - WASHINGTON D.C. INC. a corporation; PACIFIC OAKS EDUCATION CORPORATION, a corporation; TCS COMMUNITY EDUCATION CORPORATION, a corporation; TCS FOUNDATION, a corporation; CALIFORNIA GRADUATE INSTITUTE, INC. a corporation;<br><br>Defendants. | Civil Action No. 1:13-cv-9081<br><br>Honorable Thomas M. Durkin<br><br>NOTICE OF RECORDATION OF LIS PENDENS NOTICE<br>[735 ILCS 5/2 – 1901] |

**NOTICE OF RECORDATION OF LIS PENDENS NOTICE**

1

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**YOU ARE HEREBY NOTIFIED THAT** the "Lis Pendens Notice" filed herein on March 25, 2014 was duly recorded as Document No. 1408718033 at the Cook County Recorder of Deeds on March 28, 2014 pursuant to 735 ILCS 5/2 - 1901. A true and correct copy of the recorded "Lis Pendens Notice" is attached hereto as Exhibit "A."

Michael E. Reznick, Esq.
ARDC Registration No. 6311492

Michael E. Reznick
LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377
Tel: (818) 888-5900
Fax: (818) 888-5947
reznagoura@aol.com

/s/Michael E. Reznick
   Michael E. Reznick
Attorney for Plaintiff
BRANDON DEAREN

**Chicago Office**:
40 E. Chicago Avenue, Suite 386
Chicago, Illinois 60611

_____
Michael E. Reznick
Attorney for Plaintiff
BRANDON DEAREN

# EXHIBIT A

Case: 1:13-cv-09081 Document #: 15 Filed: 03/25/14 Page 1 of 4 PageID #:248

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRANDON DEAREN, individually and as representative on behalf of all others similarly situated, including MIRANDA JO TRUITT, SHAGUN SHEENA SACHDEV, CYNTHIA E. MARTINEZ, ELLEN ROSS, ANDREA ROSEN, CARISSA OKIE, STEPHANIE GOMEZ, LILIT AYRAPETYAN, VALERY DY, JARROD CAMPBELL, BRONWYN BALL, LAUREN CAHILL, KESJANA CAKE, KLARISSA CASTRO, CINDY CAO, ERIC BEAUDOIN, SHANNON LA CAVA, BRANDON CHUMAN, ALEXIS SUTTON, §LAUREN PIVOVAR, ELIZABETH SCHMIDT, DAMIEN TILLMAN, ERIC SIMPSON, JESSICA RICHARDSON, JESSICA FOWLER, SARAH COHEN, HEATHER KERTESZ and DANIELLE WARNKE, | Civil Action No. 1:13-cv-9081<br><br>Honorable Thomas M. Durkin<br><br>**LIS PENDENS NOTICE**<br>[735 ILCS 5/2 - 1901] |
| Plaintiff, | |
| v. | |
| THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY, a corporation; TCS EDUCATION SYSTEM, a corporation; THE CHICAGO SCHOOL - CALIFORNIA, INC., a corporation; THE CHICAGO SCHOOL - WASHINGTON D.C. INC. a corporation; PACIFIC OAKS EDUCATION CORPORATION, a corporation; TCS COMMUNITY EDUCATION CORPORATION, a corporation; TCS FOUNDATION, a corporation; CALIFORNIA GRADUATE INSTITUTE, INC. a corporation; | |
| Defendants. | |

Doc#: 1408718033 Fee: $44.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 03/28/2014 11:37 AM Pg: 1 of 4

I, the undersigned, do hereby certify that the above-entitled cause was filed in the United

1

Case: 1:13-cv-09081 Document #: 15 Filed: 03/25/14 Page 2 of 4 PageID #:249

States District Court for the Northern District of Illinois on December 19, 2013, and is now pending in the Court and that the property affected by the cause is described as follows:

325 North Wells Street, Unit Nos. 3, 300 and 1010 in the North Wells Condominium, Chicago, Illinois 60610, delineated on a survey of the following described real estate in Cook County, Illinois:

A TRACT OF LAND DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF WEST CARROLL AVENUE WITH THE WEST LINE OF LOT 4 IN BLOCK 4 IN ORIGINAL TOWN OF CHICAGO IN SECTION 9, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE RUNNING SOUTH ALONG THE WEST LINE OF SAID LOT AND SAID WEST LINE EXTENDED 181.35 FEET TO A POINT; THENCE EASTERLY 82.5 FEET TO A POINT ON THE WEST LINE OF THE EAST 79 FEET 1 ½ INCHES OF LOT 3 IN SAID BLOCK 4 EXTENDED SOUTH WHICH POINT IS 181.31 FEET SOUTH OF THE SOUTH LINE OF WEST CARROLL AVENUE; THENCE NORTH ALONG SAID WEST LINE OF THE EAST 79 FEET 1 ½ INCHES OF LOT 3 AFORESAID, AND SAID WEST LINE EXTENDED SOUTH, 181.31 FEET TO ITS INTERSECTION WEST THE SOUTH LINE OF WEST CARROLL AVENUE; THENCE WESTERLY 82.5 FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS; WHICH SURVEY IS ATTACHED AS EXHIBIT "A" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0411041007, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, ALL IN COOK COUNTY, ILLINOIS.

Michael E. Reznick, Esq.
ARDC Registration No. 6311492

Michael E. Reznick
LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377
Tel: (818) 888-5900
Fax: (818) 888-5947
reznagoura@aol.com

/s/Michael E. Reznick
   Michael E. Reznick
Attorney for Plaintiff
BRANDON DEAREN

**Chicago Office:**
40 E. Chicago Avenue, Suite 386
Chicago, Illinois 60611

_____
Michael E. Reznick
Attorney for Plaintiff
BRANDON DEAREN

2

## DECLARATION OF SERVICE BY EMAIL AND U.S. MAIL

I, the undersigned, declare as follows:

1. At all times herein mentioned, I was a citizen of the United States and employed in the City of Oak Park, California and Chicago, Illinois, over the age of 18 and not a party or interested party in the within action. My business addresses are 283 Ocho Rios Way, Oak Park, California 91377 and 40 E. Chicago Avenue, Suite 386, Chicago, Illinois 60611.

2. On March 25, 2014, I served the parties by electronic mail through the Court's ECF System, and also sent a courtesy copy by U.S. mail to the lender, C/O Anna Mendoza, First American Bank, 201 S. State Street, Hampshire, IL 60140, the following document: **LIS PENDENS NOTICE [735 ILCS 5/2 - 1901].**

The parties email addresses are as follows:

dickie@millercanfield.com
levels@millercanfield.com
pks@pksllp.com

Attorneys for Defendants

With a courtesy copy emailed to:

dsz@pksllp.com
tgirardi@girardikeese.com
glippsmith@girardikeese.com
asteele@girardikeese.com

And a copy by United States mail to:

Anna Mendoza
First American Bank
201 S. State Street
Hampshire, IL 60140

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Executed on March 13, 2014 at Oak Park, California.

/s/ Michael E. Reznick
MICHAEL E. REZNICK

## DECLARATION OF SERVICE BY EMAIL AND U.S. MAIL

I, the undersigned, declare as follows:

1. At all times herein mentioned, I was a citizen of the United States and employed in the City of Oak Park, California and Chicago, Illinois, over the age of 18 and not a party or interested party in the within action. My business addresses are 283 Ocho Rios Way, Oak Park, California 91377 and 40 E. Chicago Avenue, Suite 386, Chicago, Illinois 60611.

2. On March 30, 2014, I served the parties by electronic mail through the Court's ECF System, and also sent a courtesy copy by U.S. mail to the lender, C/O Anna Mendoza, First American Bank, 201 S. State Street, Hampshire, IL 60140, the following document: **NOTICE OF RECORDATION OF LIS PENDENS NOTICE [735 ILCS 5/2 - 1901].**

The parties email addresses are as follows:

dickie@millercanfield.com
levels@millercanfield.com
pks@pksllp.com

Attorneys for Defendants

With a courtesy copy emailed to:

dsz@pksllp.com
tgirardi@girardikeese.com
glippsmith@girardikeese.com
asteele@girardikeese.com

And a copy by United States mail to:

Anna Mendoza
First American Bank
201 S. State Street
Hampshire, IL 60140

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2014 at Oak Park, California.

/s/ Michael E. Reznick<br>
MICHAEL E. REZNICK